No. 21-1795

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MATTHEW JOHNSON, *et al.*,
*Appellants*,
v.

GOVERNOR OF NEW JERSEY, *et al.*,
*Appellees.*

On Appeal from the United States District Court for the District of New Jersey
No. 1:20-cv-06750, the Honorable Noel L. Hillman

**ADDENDUM TO APPELLANTS' APPENDIX
INCLUDING DISTRICT COURT DOCKET SHEET**

**NEW CIVIL LIBERTIES ALLIANCE**
JARED MCCLAIN
MARK CHENOWETH
HARRIET HAGEMAN
KARA ROLLINS
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
Jared.McClain@NCLA.legal
*Counsel for Appellants*

# TABLE OF CONTENTS

**Volume 1**

Notice of Appeal ..................................................................................................1

Order Granting Motion to Dismiss ......................................................................3

Memorandum Opinion..........................................................................................4


**Volume 2**

Unopposed Motion to Amend ............................................................................45

Amended Complaint with Exhibits.....................................................................51

Order Granting Motion to Amend ................................................................... 207

Stipulation of Dismissal of Counts V, VI, VII, & VIII................................... 208

Defendants' Letter to Judge Hillman............................................................... 211

Plaintiffs' Response to Defendants' Letter Seeking to Delay Lawsuit ...................... 213


**Addendum**

District Court Docket Sheet ........................................................................... 216

APPEAL,CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:20-cv-06750-NLH-MJS

| | |
|---|---|
| JOHNSON v. MURPHY et al | Date Filed: 06/02/2020 |
| Assigned to: Judge Noel L. Hillman | Date Terminated: 03/22/2021 |
| Referred to: Magistrate Judge Matthew J. Skahill | Jury Demand: Plaintiff |
| Case in other court: Third Circuit, 21-01795 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

MATTHEW JOHNSON     represented by **KARA ROLLINS**
New Civil Liberties Alliance
1225 19th Street NW
Ste 450
Washington, DC 20036
202-908-6203
Email: kara.rollins@ncla.legal
*ATTORNEY TO BE NOTICED*

**TERENCE J. SWEENEY**
44 FAIRMOUNT AVENUE
1ST FLOOR
CHATHAM, NJ 07928
973-665-0400
Fax: 973-665-0401
Email: SweeneyLawFirm@optonline.net
*TERMINATED: 03/01/2021*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CHARLES KRAVITZ     represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MARGARITA JOHNSON     represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

UNION LAKE ENTERPRISES, LLC     represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JOHN JOHNSON     represented by **KARA ROLLINS**

App.216

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAWN JOHANSON-KRAVITZ** represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANDREW VAN HOOK** represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LITTLE HARRY'S, LLC** represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TWO BEARS PROPERTY MANAGEMENT** represented by **KARA ROLLINS**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PHILIP D. MURPHY**
*in his official capacity as Governor of New Jersey*
represented by **STUART MARK FEINBLATT**
Office of the Attorney General
Hughes Justice Complex
25 W. Market Street
Trenton, NJ 08625
(609) 984-9666
Fax: (609) 292-0690
Email: Stuart.Feinblatt@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIM SHEEHAN**
OFFICE OF THE NEW JERSEY
ATTORNEY GENERAL
25 MARKET STREET
25 MARKET STREET, NJ 08625
609-815-2604
Email: tim.sheehan@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HEATHER LYNN ANDERSON**
OFFICE OF THE NJ ATTORNEY
GENERAL
RJ HUGHES JUSTICE COMPLEX
25 MARKET STREET
PO BOX 106

**App.217**

TRENTON, NJ 08625
(609) 292-1527
Email:
heather.anderson@law.dol.lps.state.nj.us
*ATTORNEY TO BE NOTICED*

**RACHEL SIMONE FREY**
LITTLER MENDELSON, P.C.
1085 RAYMOND BLVD, 8TH FLOOR
NEWARK, NJ 08625
850-727-3991
Email: rfrey@littler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GURBIR S GREWAL**
*in his official capacity as New Jersey Attorney General*

represented by **STUART MARK FEINBLATT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIM SHEEHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HEATHER LYNN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL SIMONE FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADMINISTRATOR JUDITH M. PERSICHILLI**
*her official capacity as Commissioner of the New Jersey Department of Health*

represented by **STUART MARK FEINBLATT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIM SHEEHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HEATHER LYNN ANDERSON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RACHEL SIMONE FREY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| Fair Share Housing Center | represented by | **JOSEPH C. O'KEEFE**<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY 10036-8299<br>(212)969-3019<br>Fax: 212.969.2900<br>Email: jokeefe@proskauer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| Lawyers' Committee For Civil Rights Under Law | represented by | **JOSEPH C. O'KEEFE**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| Housing & Community Development Network of New Jersey | represented by | **JOSEPH C. O'KEEFE**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| National Association For the Advancement of Colored People - New Jersey State Conference | represented by | **JOSEPH C. O'KEEFE**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| The New Jersey Latino Action Network | represented by | **JOSEPH C. O'KEEFE**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2020 | 1 | COMPLAINT against All Defendants ( Filing and Admin fee $ 400 receipt number ANJDC-10888891) with JURY DEMAND, filed by MATTHEW JOHNSON. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons) (SWEENEY, TERENCE) (Entered: 06/02/2020) |
| 06/02/2020 | | Judge Noel L. Hillman and Magistrate Judge Joel Schneider added. (dd, ) (Entered: 06/02/2020) |
| 06/02/2020 | 2 | SUMMONS ISSUED as to GURBIR S GREWAL, PHILIP D. MURPHY, JUDITH M. PERSICHILLI. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (cry, ) (Entered: 06/02/2020) |
| 06/02/2020 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information, In the future when selecting parties, select each party individually. DO NOT select All Plaintiffs or All Defendants. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (cry, ) (Entered: 06/02/2020) |

App.219

| | | |
|---|---|---|
| 06/06/2020 | [3](#) | MOTION for Leave to Appear Pro Hac Vice *for Jared McClain* by All Plaintiffs. (SWEENEY, TERENCE) (Entered: 06/06/2020) |
| 06/06/2020 | [4](#) | MOTION for Leave to Appear Pro Hac Vice *Harriet Hageman* by MATTHEW JOHNSON. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit, # [3](#) Exhibit)(SWEENEY, TERENCE) (Entered: 06/06/2020) |
| 06/08/2020 | | **CLERK'S QUALITY CONTROL MESSAGE** - The Motions for pro hac vice [3](#) and [4](#) submitted by TERENCE J. SWEENEY on 6/6/2020 contains an improper signature. Only the filing user is permitted to sign the electronically filed motion with an s/. PLEASE RESUBMIT THE SIGNATURE PAGES ONLY WITH A PROPER ELECTRONIC SIGNATURE using event EXHIBIT TO DOCUMENT found under OTHER DOCUMENTS. Any certification from the pro hac vice applicant must be a scanned signature. This submission will remain on the docket unless otherwise ordered by the court. (rss, ) (Entered: 06/08/2020) |
| 06/08/2020 | [5](#) | Exhibit to [4](#) Motion for Leave to Appear Pro Hac Vice *by Harriet Hageman* by All Plaintiffs. (SWEENEY, TERENCE) (Entered: 06/08/2020) |
| 06/08/2020 | [6](#) | Exhibit to [3](#) Motion for Leave to Appear Pro Hac Vice *by Jared McClain* by All Plaintiffs. (SWEENEY, TERENCE) (Entered: 06/08/2020) |
| 06/09/2020 | | Set Deadlines as to [4](#) MOTION for Leave to Appear Pro Hac Vice *Harriet Hageman*, [3](#) MOTION for Leave to Appear Pro Hac Vice *for Jared McClain*. Motion set for 7/6/2020 before Magistrate Judge Joel Schneider. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, ) (Entered: 06/09/2020) |
| 06/23/2020 | [7](#) | NOTICE of Appearance by KARA ROLLINS on behalf of MATTHEW JOHNSON (ROLLINS, KARA) (Entered: 06/23/2020) |
| 06/24/2020 | [8](#) | NOTICE of Appearance by RACHEL SIMONE FREY on behalf of GURBIR S GREWAL, PHILIP D. MURPHY, JUDITH M. PERSICHILLI (FREY, RACHEL) (Entered: 06/24/2020) |
| 06/24/2020 | [9](#) | Application and Proposed Order for Clerk's Order to extend time to answer. (FREY, RACHEL) (Entered: 06/24/2020) |
| 06/24/2020 | | Clerk`s Text Order - The document [9](#) Application for Clerk's Order to Ext Answer/Proposed Order submitted by JUDITH M. PERSICHILLI, GURBIR S GREWAL, PHILIP D. MURPHY has been GRANTED. The answer due date has been set for 7/9/2020. (rss, ) (Entered: 06/24/2020) |
| 06/25/2020 | [10](#) | NOTICE of Appearance by HEATHER LYNN ANDERSON on behalf of All Defendants (ANDERSON, HEATHER) (Entered: 06/25/2020) |
| 06/25/2020 | [11](#) | NOTICE of Appearance by STUART MARK FEINBLATT on behalf of All Defendants (FEINBLATT, STUART) (Entered: 06/25/2020) |
| 06/30/2020 | [12](#) | SUMMONS Returned Executed by MATTHEW JOHNSON. PHILIP D. MURPHY served on 6/9/2020, answer due 7/9/2020. (ROLLINS, KARA) (Entered: 06/30/2020) |
| 06/30/2020 | [13](#) | SUMMONS Returned Executed by MATTHEW JOHNSON. GURBIR S GREWAL served on 6/9/2020, answer due 7/9/2020. (ROLLINS, KARA) (Entered: 06/30/2020) |
| 06/30/2020 | [14](#) | SUMMONS Returned Executed by MATTHEW JOHNSON. JUDITH M. PERSICHILLI served on 6/3/2020, answer due 7/9/2020. (ROLLINS, KARA) (Entered: 06/30/2020) |

**App.220**

| Date | # | Description |
|---|---|---|
| 06/30/2020 | 15 | MOTION for Leave to File *Amended Verified Complaint* by MATTHEW JOHNSON. (Attachments: # 1 Proposed Amended Verified Complaint, # 2 Exhibit Exhibits 1-8 to Proposed Amended Verified Complaint, # 3 Exhibit Exhibits 9-16 to Proposed Amended Verified Complaint, # 4 Redline Proposed Amended Verified Complaint)(ROLLINS, KARA) (Entered: 06/30/2020) |
| 07/01/2020 | | Set Deadlines as to 15 MOTION for Leave to File *Amended Verified Complaint*. Motion set for 8/3/2020 before Magistrate Judge Joel Schneider. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (Entered: 07/01/2020) |
| 07/06/2020 | 16 | NOTICE of Appearance by TIM SHEEHAN on behalf of All Defendants (SHEEHAN, TIM) (Entered: 07/06/2020) |
| 07/13/2020 | 17 | ORDER Granting Defendant's letter request to respond to Plaintiffs Complaint by August 10, 2020. Signed by Magistrate Judge Joel Schneider on 7/13/2020. (rss, ) (Entered: 07/13/2020) |
| 07/27/2020 | 18 | Certification on behalf of All Plaintiffs Re 4 Motion for Leave to Appear Pro Hac Vice, 3 Motion for Leave to Appear Pro Hac Vice. (SWEENEY, TERENCE) (Entered: 07/27/2020) |
| 07/30/2020 | 19 | ORDER Granting 4 Motion for Leave to Appear Pro Hac Vice as to Harriet Hageman, Esq. Signed by Magistrate Judge Joel Schneider on 7/30/2020. (rss, ) (Entered: 07/30/2020) |
| 07/30/2020 | 20 | ORDER Granting 3 Motion for Leave to Appear Pro Hac Vice as to Jared Mcclain, Esq. Signed by Magistrate Judge Joel Schneider on 7/30/2020. (rss, ) (Entered: 07/30/2020) |
| 08/07/2020 | 21 | Letter from Defendants re extending time to answer or otherwise respond. (FREY, RACHEL) (Entered: 08/07/2020) |
| 08/12/2020 | 22 | ORDER Granting Defendants' 21 letter request to extend their time to answer to seven (7) days after the motion is decided. Signed by Magistrate Judge Joel Schneider on 8/11/2020. (rss, ) (Entered: 08/12/2020) |
| 08/25/2020 | | Pro Hac Vice fee as to Jared Mcclain and Harriet Hageman: $ 300, receipt number CAM011595 (rss, ) (Entered: 08/25/2020) |
| 09/23/2020 | 23 | ORDER Granting Plaintiff's 15 Motion for Leave to File an Amended Verified Complaint for Declaratory Judgment and Injunctive Relief, etc. Signed by Magistrate Judge Joel Schneider on 9/23/2020. (rss, ) (Entered: 09/23/2020) |
| 09/24/2020 | 24 | AMENDED COMPLAINT against GURBIR S GREWAL, PHILIP D. MURPHY, JUDITH M. PERSICHILLI, filed by MATTHEW JOHNSON, CHARLES KRAVITZ, MARGARITA JOHNSON, UNION LAKE ENTERPRISES, LLC, JOHN JOHNSON, DAWN JOHANSON-KRAVITZ, ANDREW VAN HOOK, LITTLE HARRY'S, LLC, TWO BEARS PROPERTY MANAGEMENT. (Attachments: # 1 Exhibit 1-8, # 2 Exhibit 9-16, # 3 Redline Amended Verified Complaint)(ROLLINS, KARA) (Entered: 09/24/2020) |
| 09/29/2020 | 25 | Corporate Disclosure Statement by LITTLE HARRY'S, LLC, TWO BEARS PROPERTY MANAGEMENT, UNION LAKE ENTERPRISES, LLC. (ROLLINS, KARA) (Entered: 09/29/2020) |
| 09/30/2020 | 26 | MOTION to Dismiss by GURBIR S GREWAL, PHILIP D. MURPHY, JUDITH M. PERSICHILLI. Responses due by 10/19/2020 (Attachments: # 1 Brief, # 2 Text of |

**App.221**

| | | |
|---|---|---|
| | | Proposed Order, # 3 Certificate of Service)(FEINBLATT, STUART) (Entered: 09/30/2020) |
| 10/01/2020 | | Set Deadlines as to 26 MOTION to Dismiss . Motion set for 11/2/2020 before Judge Noel L. Hillman. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, ) (Entered: 10/01/2020) |
| 10/07/2020 | 27 | MOTION for Leave to Appear Amicus Curiae by Fair Share Housing Center, Lawyers' Committee For Civil Rights Under Law, Housing & Community Development Network of New Jersey, National Association For the Advancement of Colored People - New Jersey State Conference, The New Jersey Latino Action Network. (Attachments: # 1 Memorandum of Law in Support of Amici's Motion for Leave to Appear & File a Brief as Amici Curiae, # 2 Brief of Amici Curiae in Support of Defendant's Motion to Dismiss, # 3 Exhibit A to Amicus Brief - Stout Report, # 4 Exhibit B to Amicus Brief-Johnson Mortgage Documents, # 5 Exhibit C to Amicus Brief-Van Hook Mortgage Documents, # 6 Text of Proposed Order, # 7 Certificate of Service)(O'KEEFE, JOSEPH) (Entered: 10/07/2020) |
| 10/07/2020 | 28 | MOTION for Leave to Appear Pro Hac Vice by Fair Share Housing Center, Housing & Community Development Network of New Jersey, Lawyers' Committee For Civil Rights Under Law, National Association For the Advancement of Colored People - New Jersey State Conference, The New Jersey Latino Action Network. (Attachments: # 1 Certification of Joseph C. O'Keefe, # 2 Certification of Mark A. Linscott, # 3 Certification of Sarah M. Cork, # 4 Certification of Andrew M. Sherwood, # 5 Text of Proposed Order, # 6 Certificate of Service)(O'KEEFE, JOSEPH) (Entered: 10/07/2020) |
| 10/08/2020 | | CLERK'S QUALITY CONTROL MESSAGE - The Certifications 28 submitted by JOSEPH C. O'KEEFE on 10/7/2020 contain improper signatures. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE SIGNATURE PAGES ONLY WITH A PROPER SCANNED SIGNATURE using event CERTIFICATION IN SUPPORT OF MOTION. This submission will remain on the docket unless otherwise ordered by the court. (rss, ) (Entered: 10/08/2020) |
| 10/08/2020 | | Set Deadlines as to 27 MOTION for Leave to Appear Amicus Curiae , 28 MOTION for Leave to Appear Pro Hac Vice . Motion set for 11/2/2020 before Magistrate Judge Joel Schneider. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, ) (Entered: 10/08/2020) |
| 10/08/2020 | 29 | CERTIFICATION in Support filed by Fair Share Housing Center, Housing & Community Development Network of New Jersey, Lawyers' Committee For Civil Rights Under Law, National Association For the Advancement of Colored People - New Jersey State Conference, The New Jersey Latino Action Network re 28 MOTION for Leave to Appear Pro Hac Vice *Certification-Signature of Mark A. Linscott* (Attachments: # 1 Certification Signature of Sarah M. Cork, # 2 Certification Signature of Andrew M. Sherwood)(O'KEEFE, JOSEPH) (Entered: 10/08/2020) |
| 10/14/2020 | 30 | Joint MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss by All Plaintiffs. (Attachments: # 1 Proposed Order)(ROLLINS, KARA) (Entered: 10/14/2020) |
| 10/14/2020 | | Set Deadlines as to 30 Joint MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss . Motion set for 11/16/2020 before Judge Noel L. Hillman. Unless otherwise directed by the Court, this motion will be decided on the papers and no |

**App.222**

| | | |
|---|---|---|
| | | appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, ) (Entered: 10/14/2020) |
| 10/16/2020 | 31 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 26 MOTION to Dismiss . (ROLLINS, KARA) (Entered: 10/16/2020) |
| 10/16/2020 | | Reset Deadlines as to 26 MOTION to Dismiss . Motion set for 11/16/2020 before Judge Noel L. Hillman. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, ) (Entered: 10/16/2020) |
| 10/28/2020 | 32 | ORDER Granting 28 Motion for Leave to Appear Pro Hac Vice as to Sarah M. Cork, Esq. Signed by Magistrate Judge Joel Schneider on 10/28/2020. (rss, ) (Entered: 10/28/2020) |
| 10/28/2020 | 33 | ORDER Granting 28 Motion for Leave to Appear Pro Hac Vice as to Andrew M. Sherwood, Esq. Signed by Magistrate Judge Joel Schneider on 10/28/2020. (rss, ) (Entered: 10/28/2020) |
| 10/28/2020 | 34 | ORDER Granting 28 Motion for Leave to Appear Pro Hac Vice as to Mark A. Linscott, Esq. Signed by Magistrate Judge Joel Schneider on 10/28/2020. (rss, ) (Entered: 10/28/2020) |
| 10/28/2020 | 35 | ORDER Granting 30 Joint Motion for Extension of Time to File Response. Plaintiffs response due by 11/18/2020, etc. Signed by Judge Noel L. Hillman on 10/28/2020. (rss, ) (Entered: 10/29/2020) |
| 11/18/2020 | 36 | RESPONSE in Opposition filed by DAWN JOHANSON-KRAVITZ, JOHN JOHNSON, MARGARITA JOHNSON, MATTHEW JOHNSON, CHARLES KRAVITZ, LITTLE HARRY'S, LLC, TWO BEARS PROPERTY MANAGEMENT, UNION LAKE ENTERPRISES, LLC, ANDREW VAN HOOK re 26 MOTION to Dismiss (ROLLINS, KARA) (Entered: 11/18/2020) |
| 11/23/2020 | 37 | Letter re 26 MOTION to Dismiss , Set/Reset Motion and R&R Deadlines/Hearings,. (FEINBLATT, STUART) (Entered: 11/23/2020) |
| 11/24/2020 | 38 | TEXT ORDER Upon letter request dated November 23, 2020 from Stuart M. Feinblatt, Esquire, counsel for Defendants, and it appearing that all counsel consent to the request to extend the time for submission of Defendants Reply Brief in further support of its Motion to Dismiss Plaintiffs Amended Complaint from December 2, 2020 to December 9, 2020, the Court hereby grants the request. So Ordered by Judge Noel L. Hillman on 11/24/2020. (gn) (Entered: 11/24/2020) |
| 12/09/2020 | 39 | STIPULATION of Dismissal *without prejudice of Counts V, VI, VII, and VIII* by DAWN JOHANSON-KRAVITZ, JOHN JOHNSON, MARGARITA JOHNSON, MATTHEW JOHNSON, CHARLES KRAVITZ, LITTLE HARRY'S, LLC, TWO BEARS PROPERTY MANAGEMENT, UNION LAKE ENTERPRISES, LLC, ANDREW VAN HOOK. (ROLLINS, KARA) (Entered: 12/09/2020) |
| 12/09/2020 | 40 | RESPONSE in Support filed by GURBIR S GREWAL re 26 MOTION to Dismiss (Attachments: # 1 Certificate of Service)(FEINBLATT, STUART) (Entered: 12/09/2020) |
| 12/18/2020 | 41 | ORDER Granting 27 Motion to Appear Amicus Curiae. Signed by Judge Noel L. Hillman on 12/18/2020. (rss, ) (Entered: 12/18/2020) |
| 12/23/2020 | 42 | Letter from Defendants re 26 MOTION to Dismiss . (Attachments: # 1 Exhibit State Court Complaint)(FEINBLATT, STUART) (Entered: 12/23/2020) |

**App.223**

| | | |
|---|---|---|
| 12/30/2020 | 43 | Letter from Plaintiffs re 42 Letter. (ROLLINS, KARA) (Entered: 12/30/2020) |
| 02/18/2021 | 44 | TEXT ORDER This matter is before the Court on a letter submitted by Kara Rollins, Esquire, counsel for Plaintiffs, inquiring into the procedure for the withdrawal and substitution of Terence J. Sweeney, Esquire, as local counsel for Plaintiffs, which includes Mr. Sweeney's sponsorship role for Plaintiffs' *pro hac vice* counsel (*see* Dkt. Nos. 19 , 20 ). Counsel is directed to file a Substitution of Local Counsel, signed by both attorneys and prepared for the Court's signature, which shall acknowledge Ms. Rollins' assumption of Mr. Sweeney's *pro hac vice* obligations. So Ordered by Magistrate Judge Karen M. Williams on 2/18/2021. (Solomon, D) (Entered: 02/18/2021) |
| 03/01/2021 | 45 | Substitution of Attorney - Attorney TERENCE J. SWEENEY terminated. Attorney KARA ROLLINS for DAWN JOHANSON-KRAVITZ,KARA ROLLINS for JOHN JOHNSON,KARA ROLLINS for MARGARITA JOHNSON,KARA ROLLINS for MATTHEW JOHNSON,KARA ROLLINS for CHARLES KRAVITZ,KARA ROLLINS for LITTLE HARRY'S, LLC,KARA ROLLINS for TWO BEARS PROPERTY MANAGEMENT,KARA ROLLINS for UNION LAKE ENTERPRISES, LLC,KARA ROLLINS for ANDREW VAN HOOK added.. (ROLLINS, KARA) (Entered: 03/01/2021) |
| 03/15/2021 | | Magistrate Judge Matthew J. Skahill added. Magistrate Judge Joel Schneider no longer assigned to case. (mb, ) (Entered: 03/15/2021) |
| 03/22/2021 | 46 | OPINION. Signed by Judge Noel L. Hillman on 3/22/2021. (rss, ) (Entered: 03/22/2021) |
| 03/22/2021 | 47 | ORDER Granting Defendants' 26 Motion to Dismiss; Directing Clerk to close case. ***CIVIL CASE TERMINATED. Signed by Judge Noel L. Hillman on 3/22/2021. (rss, ) (Entered: 03/22/2021) |
| 04/21/2021 | 48 | NOTICE OF APPEAL as to 47 Order on Motion to Dismiss by DAWN JOHANSON-KRAVITZ, JOHN JOHNSON, MARGARITA JOHNSON, MATTHEW JOHNSON, CHARLES KRAVITZ, LITTLE HARRY'S, LLC, TWO BEARS PROPERTY MANAGEMENT, UNION LAKE ENTERPRISES, LLC, ANDREW VAN HOOK. Filing fee $ 505, receipt number ANJDC-12397185. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. Appeal Record due by 5/5/2021. (ROLLINS, KARA) (Entered: 04/21/2021) |
| 04/23/2021 | 49 | USCA Case Number 21-1795 for 48 Notice of Appeal (USCA), filed by DAWN JOHANSON-KRAVITZ, ANDREW VAN HOOK, CHARLES KRAVITZ, TWO BEARS PROPERTY MANAGEMENT, UNION LAKE ENTERPRISES, LLC, JOHN JOHNSON, LITTLE HARRY'S, LLC, MATTHEW JOHNSON, MARGARITA JOHNSON. USCA Case Manager James (Document Restricted - Court Only) (ca3amr) (Entered: 04/23/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2021 17:34:11 | | | |
| **PACER Login:** | JaredMcClain | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-06750-NLH-MJS Start date: 1/1/1980 End date: 6/16/2021 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

**App.224**