No. 21-1795

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MATTHEW JOHNSON, *et al.*,
*Appellants*,
v.

GOVERNOR OF NEW JERSEY, *et al.*,
*Appellees*.

On Appeal from the United States District Court for the District of New Jersey
No. 1:20-cv-06750, the Honorable Noel L. Hillman

**ADDENDUM TO APPELLANTS' OPENING BRIEF
INCLUDING CERTIFICATION OF IDENTITY STATEMENT**

**NEW CIVIL LIBERTIES ALLIANCE**
JARED MCCLAIN
MARK CHENOWETH
HARRIET HAGEMAN
KARA ROLLINS
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
Jared.McClain@NCLA.legal
*Counsel for Appellants*

## CERTIFICATION OF IDENTITY COMPLIANCE

I certify that all hard copies of this brief that Appellants file with this Court will be identical to the electronic version.

Respectfully,

/s/ Jared McClain
Jared McClain
New Civil Liberties Alliance