New Civil Liberties Alliance

November 12, 2021

**By CM/ECF**

Patricia S. Dodszuweit
Clerk of the Court
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

>  *Re: Johnson, et al. v. Governor of New Jersey, et al.*,
>  **No. 21-1795 (arg. tentatively scheduled for the week of Jan. 18, 2021)**

Dear Ms. Dodszuweit:

Pursuant to Rule 28(j), Appellants alert this Court of the Second Circuit's recent ruling that a Covid-relief law in New York City violated the Contracts Clause by making commercial-lease guarantees unenforceable for 16 months. *Melendez v. City of New York*, 2021 WL 4997666 (Oct. 28, 2021). *Melendez* refutes most of Governor Murphy's arguments and especially his repeated assertion that the decision below is "[i]n line with every other court to consider similar claims[.]" ECF 37, at 3, 13-14, 32.

Pertinent here, *Melendez* held that the Contracts Clause requires more than rational-basis scrutiny. *Id.* \*30. *Melendez* concluded that New York's law substantially impaired contracts, rejecting as "speculative at best" the notion that tenants might repay debts despite the law, and it credited plaintiffs' assertion that they would not have leased their property "without the security of a personal guarantee." *Id.* \*31. Importantly, no "contrary conclusion" was "compelled" by New York's pre-pandemic regulation of commercial real estate. *Id.* \*32.

*Melendez* also ruled the record didn't evince a legitimate public purpose, rejecting many of the same arguments Governor Murphy makes: (1) judicial deference was *not* warranted to a far-more-developed legislative record than here, *id.* *32, *37-38; (2) the law didn't condition relief to (a) its professed purpose or (b) only those tenants in need, *id.* *37, 39-40; (3) it burdened only commercial landlords, a discrete group, *id.* *38; and (4) it failed to compensate landlords for their losses, *id.* *41. Like *Melendez*, this Court should reject the district court's uncritical, overly deferential approach.

Respectfully,

_____
Jared McClain
Litigation Counsel
New Civil Liberties Alliance

cc: All counsel of record (via CM/ECF)